UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>      Plaintiff,<br><br>vs.<br><br>JACKIE FLUAITT, et al.,<br><br>      Defendants. | No. CV-12-5017-CI<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |

Having reviewed the Report and Recommendation filed by Magistrate Judge Imbrogno on October 31, 2012 (ECF No. 56), and no objections having been filed to the same within the time allowed, the undersigned hereby **ADOPTS** the Report and Recommendation in its entirety. Plaintiffs' Motion For A Preliminary Injunction (ECF No. 30) is **DENIED**.

**IT IS SO ORDERED**. The District Executive shall forward copies of this order to Plaintiff, to counsel for Defendants, and to Magistrate Judge Imbrogno.

**DATED** this ___21___ of November, 2012.

                    *s/Lonny R. Suko*
                    LONNY R. SUKO
                    United States District Judge

**ORDER DENYING MOTION
FOR PRELIMINARY INJUNCTION-    1**